In the Matter of the Application of ALVIN W. WISE, Appellant, for the Removal of the ALBERT SCHULER PIANO COMPANY, INC., Respondent.—

Judgment affirmed, with costs, upon the authority of *Piggot* v. *Mason* (1 Paige, 412); *Chretien* v. *Doney* (1 N. Y. 419); *Swan* v. *Inderlied* (187 id. 372). All concur.